**FILED**
October 20, 2009
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> SHAKER AHMED, ) <br> ) <br> Defendant. ) | Case No. 2:09-cr-436 MCE <br><br> ORDER FOR RELEASE <br> OF PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  Shaker Ahmed , Case 2:09-cr-436 MCE  from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

  __  Release on Personal Recognizance

  __  Bail Posted in the Sum of _____

  X_  Unsecured bond in the amount of $30,000.00  to be co-signed by Shahid Ahmed today and also by Amir Ahmed by close of business on Thursday, October 22, 2009.

  __  Appearance Bond with 10% Deposit

  __  Appearance Bond secured by Real Property

  __  Corporate Surety Bail Bond

  X_  (Other)  Pretrial conditions/supervision; defendant ordered to surrender passport by October 22, 2009.

Issued at  Sacramento, CA  on 10/20/09    at   3:55 p.m.

By _____
Kimberly J. Mueller,
United States Magistrate Judge