1  **JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**WISEMAN LAW GROUP, P. C.**
2    1477 Drew Avenue, Suite 106
     Davis, California 95618
3    Telephone: 530.759.0700
     Facsimile:  530.759.0800
4
5  **Attorney for Defendant**
   **SHAKER AHMED**
6
7
8               IN THE UNITED STATES DISTRICT COURT
9              FOR THE EASTERN DISTRICT OF CALIFORNIA
10                      SACRAMENTO DIVISION
11
12 | UNITED STATES OF AMERICA,      ) Case No. 2:09-cr-00436-MCE
13 |                                )
   |             Plaintiff,         )
14 |                                )
   |      v.                        ) **STIPULATION AND ORDER TO**
15 |                                ) **CONTINUE SENTENCING**
   | SHAKER AHMED,                  )
16 |             Defendant.         )
17 |                                )
   |_____)
18
19      It is hereby stipulated and agreed to between Plaintiff, UNITED STATES OF
20 AMERICA, through its counsel of record, John K. Vincent, Assistant United States Attorney,
21 and Defendant, SHAKER AHMED, through his counsel of record, Joseph J. Wiseman, and
22 without objection from the United States Probation Officer assigned to this case, that the
23 sentencing of Defendant now scheduled for January 26, 2012 at 9:00 a.m., be rescheduled to
24 March 8, 2012 at 9:00 a.m.
25      The Presentence Report has been filed with the Court. Pursuant to this stipulation, the
26 Defendant's Motion to Correct the Presentence Report shall be due on February 23, 2012, and
27 Plaintiff's Opposition/Reply to said motion shall be due on March 1, 2012.
28 ///

The parties are requesting this continuance because they believe that Mr. Ahmed's sentencing could be affected by the loss amount determined for his co-defendant Mohammad Nasir Khan, who has requested that his sentencing be moved to March 1, 2012.  Postponing Mr. Ahmed's sentencing to March 8, 2012 will allow the parties to proceed with sentencing knowing what the loss figure is.

Dated: January 20, 2012                    Respectfully submitted,

                                           WISEMAN LAW GROUP, P.C.

                                           By:    /s/ Joseph J. Wiseman
                                                  JOSEPH J. WISEMAN
                                                  Attorney for Defendant
                                                  SHAKER AHMED


Dated: January 20, 2012                    BENJAMIN B. WAGNER
                                           United States Attorney



                                           By:    /s/ John K. Vincent
                                                  JOHN K. VINCENT, AUSA
                                                  Attorney for Plaintiff
                                                  UNITED STATES OF AMERICA

**ORDER**

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the sentencing of Defendant SHAKER AHMED in the above-captioned case shall be continued to March 8, 2012 at 9:00 a.m.  The Defendant's Motion to Correct the Presentence Report shall be due on February 23, 2011, and Plaintiff's Opposition/Reply shall be due on March 1, 2012.  Any sentencing memoranda are due on March 1, 2012.

Dated:  January 24, 2012

                                           _____
                                           MORRISON C. ENGLAND, JR
                                           UNITED STATES DISTRICT JUDGE